RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE _7/26/11_
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GERZINO ORELHOMME                    DOCKET NO.11-cv-496; SEC. P
    Alien No. 043-672-474

VERSUS                               JUDGE DEE D. DRELL

JANET NAPOLITANO, ET AL.             MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the
Magistrate Judge previously filed herein, and after a de novo
review of the record including the objections filed by the
plaintiff, having determined that the findings and recommendation
are correct under the applicable law;

**IT IS ORDERED** that the petition under 28 U.S.C. §2241 is
**DISMISSED WITHOUT PREJUDICE AS MOOT.** In so ordering, however, we
note one obviously typographical error in the Report and
Recommendation.  The Report and Recommendation reflects on page 3,
that the removal period expired on or about December 13, 2011.  the
year is obviously in error and should be 2010.  This correction
does not change either the correct findings or the recommendation,
but is noted so that the chronology upon which the Court's
prematurity findings have been made may be accurate.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26ᵗʰ day
of _____July_____, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE